**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA, a Delaware Corporation,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>NEWCO INTERNATIONAL, INC., a California Corporation,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 2:13-cv-02848-CAS-AGR<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br><u>Judge:</u> Hon. Christina A. Snyder<br><u>Place:</u> Courtroom 5 (2nd Floor)<br>       312 North Spring Street<br>       Los Angeles, CA 90012-4701 |

Pursuant to paragraph 4 of the Stipulation of Settlement executed by the parties (the "Settlement") which contemplates the entry of a judgment substantially in the form attached thereto as Exhibit B, judgment is hereby entered as follows:

1    (1)    Judgment is entered in favor of plaintiff Packaging Corporation of America against defendant Newco International, Inc. in the amount of $85,934.17, together with costs allowed by law and interest thereon at the rate of ten percent (10%) per annum from December 9, 2013, until the judgment is paid in full, and plaintiff shall have immediate execution thereon; and

   (2)    This action, including the counterclaim of defendant Newco International, Inc. (Docket No. 17) is hereby dismissed in its entirety with prejudice, except that the Court shall retain non-exclusive jurisdiction for all purposes related to the enforcement of the foregoing money judgment.

Dated: January 23, 2014

*Christina A. Snyder*

_____
      Hon. Christina A. Snyder
      United States District Judge